**Carol V. MAY, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Department of Veterans Affairs, Intervenor.**

No. 2010–3085.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2010.

## ON MOTION

### ORDER

Carol V. May moves without opposition (1) for leave to file her reply brief and the joint appendix out of time and (2) for reconsideration of the court's October 29, 2010 order dismissing her petition for review for failure to file the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the dismissal order is vacated, and the petition for review is reinstated.